1:23-cv-294-TWP-MJD

United States District Court
Southern District of Indiana
Indianapolis Indiana

Jarred Parton,
 Plaintiff,
V.
Jackson Shepherd,
 Defendant.

**FILED**
02/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion of: 42 U.S.C.S. § 1983 - Complaint

**1. Full Name and Address:**
Jarred Parton - Bartholomew County Jail, 543 2nd. Street, Columbus, Indiana 47201.

**2. All Persons Involved:**
Jackson Shepherd - Columbus Police Department, 123 Washington Street, Columbus, Indiana 47201.

**3. Damages Sought:** $25,000. (nominal Damages)
$100,000. (Punitive Damages)

**4. Basic Facts:**
The U.S.C.S. Constitution Amendment - 4 (protection against illegal Search and seizure), rights have been violated. On January 14, 2023 at around 6:35 p.m. Columbus Police Department officer Jackson Shepherd illegally confiscated this plaintiff's cellphone without a search warrant while conducting a search of

(1.)

this plaintiff's vehicle. This plaintiff's cellphone still remains confiscated and to this current date of 2/13/2023, this plaintiff still has not received a copy of a search warrant. This violates this plaintiff's Fourth amendment rights of the U.S. Constitution. This defendant is liable for nominal and punitive damages in the amounts specified. Under Riley v. California (2014), this is illegal.

Plaintiff Jarred Parton pro se, affirms under the penalty of perjury that all statements and facts are true and accurate.
On this 13th. Day of February 2023.

Signed: *Jarred Parton*
Jarred Parton
Bartholomew County Jail
543 2nd. Street.
Columbus, Indiana 47201

(2.)