UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JARRED PARTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00294-TWP-MJD ) |
| JACKSON SHEPHERD, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Date: 10/27/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

JARRED PARTON
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com